UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARLOS RAMONES, individually and on behalf
of all others similarly situated,

                Plaintiff,

  - against -                                      **JUDGMENT**
                                                    CV 24-3739 (GRB) (JMW)
NEW YORK BEACH CLUB, LTD.,

                Defendant.
-----------------------------------------------------------------X

A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on May 15, 2025, accepting Defendant's May 8, 2025 offer to allow judgment against it in the amount of $4,000.00, inclusive of attorneys' fees, costs and expenses, and without any admission of liability, for all of the Causes of Action contained in Plaintiff's Complaint, based upon facts as of the date of the acceptance of the offer, it is

**ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiff Carlos Ramones against Defendant New York Beach Club, Ltd., in the amount of $4,000.00, inclusive of attorneys' fees, costs and expenses, and without any admission of liability, for all of the Causes of Action contained in Plaintiff's Complaint, based upon facts as of May 15, 2025; and that this case is closed.

Dated: May 20, 2025
       Central Islip, New York

                                                             BRENNA B. MAHONEY
                                                             CLERK OF COURT

                                       By:    /s/ James J. Toritto
                                                  Deputy Clerk